**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Super 8 Worldwide, Inc., f/k/a Super 8 Motels, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., formerly known as SUPER 8 MOTELS, INC., a South Dakota Corporation, | Civil Action No. 13-cv-7637 WJM-MF |
| Plaintiff, | |
| v. | **FINAL JUDGMENT BY DEFAULT** |
| PRAHLAD, INC., a Georgia Corporation; and PETER PATEL, an individual, | |
| Defendants. | |

This matter having been opened to the Court by plaintiff, Super 8 Worldwide, Inc., formerly known as Super 8 Motels, Inc. ("SWI"), by its attorneys, LeClairRyan, seeking the entry of Final Judgment by Default against defendants, Prahlad, Inc. and Peter Patel (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on December 18, 2013, seeking damages as a result of the breach of a franchise agreement between SWI and Prahlad, Inc.; and service of the Summons and Complaint having been effectuated with respect to Defendants by personally serving them in McDonough, Georgia on January 7, 2014; and it appearing that default was duly noted by the Clerk of the Court against

Defendants on January 31, 2014 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 4 day of June, 2015,

**ORDERED, ADJUDGED, AND DECREED** that SWI have judgment against Defendants, jointly and severally, in the total amount of $491,281.89, comprised of the following:

a) $122,108.10 for liquidated damages (principal plus prejudgment interest);

b) $360,430.19 for Recurring Fees (principal plus prejudgment interest); and

c) $8,743.60 for attorneys' fees and costs.

HON. WILLIAM J. MARTINI, U.S.D.J.